JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS FELIZ FORD, INC. dba STAR CHRYSLER JEEP,<br><br>Plaintiff,<br><br>vs.<br><br>CHRYSLER GROUP LLC,<br><br>Defendant. | Case No: CV10-6077-GAF(MANx)<br><br>[PROPOSED] FINAL JUDGMENT |

On April 9, 2012, after a hearing on the parties' respective motions for summary judgment, after carefully considering the evidence presented, and after the issues were duly heard, the Court GRANTED Defendant's Motion for Summary Judgment and DENIED Plaintiff's Motion for Partial Summary Judgment in its Memorandum and Order Regarding Motions for Summary Judgment ("Order"), and therefore, pursuant to the Order,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that judgment be entered against Plaintiff's claims in their entirety, that Defendant is entitled to its costs, and that this action be, and hereby is, dismissed. Defendant may submit a bill of costs with 20 days from the date of this Final Judgment.

Dated April 5/15/2012.

Honorable Gary Allen Feess
United States District Judge

Los Feliz Ford v. Chrysler, Case No. CV10-6077 GAF (MAN)
[Proposed] Final Judgment